No. 231. Ex parte Feliú, Notario Público.—Solicitud de la National Surety Company para que se dé por terminada la fianza notarial No. 451 otorgada por dicha compañía el 15 de abril de 1910 para garantir las funciones notariales del abogado Don Leopoldo Feliú. Resuelto en octubre 1, 1914. Se da por terminada dicha fianza a partir del 1º. de diciem-

bre de 1914. La National Surety Company compareció por medio de su agente general Sr. Harry F. Besosa.